An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

SOLEIMAN SAEEDI,
Appellant,
vs.
WELLS FARGO BANK, N.A.; AND
NATIONAL DEFAULT SERVICING
CORPORATION, AN ARIZONA
CORPORATION,
Respondents.

No. 68672

**FILED**

SEP 1 6 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

### ORDER DISMISSING APPEAL

This appeal was docketed in this court on August 21, 2015, without payment of the requisite filing fee. On that same day a notice was issued directing appellant to pay the filing fee within ten days. The notice further advised that failure to pay the filing fee within ten days would result in the dismissal of this appeal. To date, appellant has not paid the filing fee or otherwise responded to this court's notice. Accordingly, cause appearing, this appeal is dismissed.

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: Tracie K. Lindeman

cc: Hon. Lidia Stiglich, District Judge
Snell & Wilmer LLP/Salt Lake City
T M Pankopf PLLC
Snell & Wilmer, LLP/Las Vegas
Tiffany & Bosco, P. A.
Washoe District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

15-28080